IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

v.                                                   CRIMINAL NO.  4:07cr18DPJ-LRA

JERMAINE DIAMOND MCCALL

ORDER OF DISMISSAL
COUNT 2

     Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court

endorsed herein, the United States Attorney for the Southern District of Mississippi hereby

dismisses Count 2 of the Criminal Indictment against the defendant, JERMAINE DIAMOND

MCCALL, without prejudice.

                                     DUNN LAMPTON
                                     United States Attorney

Date:   January 15, 2007                    By:    s/ Erin O. Chalk
                                     Assistant U. S. Attorney

     Leave of Court is granted for the filing of the foregoing dismissal of Count 2.

     **SO ORDERED AND ADJUDGED** this the 15th day of January, 2008.
                                 *s/ Daniel P. Jordan III*
                                 UNITED STATES DISTRICT JUDGE